James P. Keenley (State Bar No. 253106)
Emily A. Bolt (State Bar No. 253109)
Brian H. Kim (State Bar No. 215492)
BOLT KEENLEY KIM LLP
2855 Telegraph Ave., Suite 517
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.: 3:25-cv-9048<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR ADMINISTRATIVE RELIEF TO PROCEED UNDER A PSEUDONYM |

The Court, having considered Plaintiff's submission, hereby GRANTS Plaintiff's motion for administrative relief to proceed under a pseudonym. The Clerk is directed to issue the summons.

IT IS SO ORDERED.

Dated: October 27, 2025

_____
United States District Judge

This order is without prejudice to the defendant's objecting when they appear.